Form A

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

GREGORY KEHL;
0601390;
_____

(Enter above the FULL name and inmate number of the plaintiff or plaintiffs in this action.)

vs.

COMPLAINT

MR. JOEL Clover;
C.O. Bayquon Macdonald;
MR. Ryan Buffington;
MR. Rick Jeffery;
WARDEN JAY Nelson;
DEPUTY WARDEN;
C.O. WICK; COUNSELOR ALLISON;

(Enter above the FULL name of each defendant in this action.)

(NOTE: if there is more than ONE plaintiff, a separate sheet should be attached giving the information in part I and II below for EACH plaintiff by name.)

I. Previous lawsuits:   NO

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes [ ]   No [X]

B. If your answer to A is Yes, please answer the questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs _____

_____

Defendants _____

_____

1

P-1- FORM A

2. Court (if Federal court, name the district; if State court, name the county) (SOUTHERN DISTRICT)
IN THE UNITED STATES DISTRICT COURT

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition, if known: (For example: Was the case dismissed? Was it appealed? Is it still pending?)
_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement _____

   A. Is there a prisoner grievance procedure in this institution? Yes [ ]  No [ ]

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes [ ]  No [ ]

   C. If your answer is YES,
      1. What steps did you take? _____
      _____
      _____
      _____

      2. What was the result? _____
      _____
      _____
      _____

   D. If your answer is NO, explain why not _____
   _____
   _____
   _____

   E. If there is no prison grievance procedure in the institution, did you complain to Prison authorities?
   Yes [ ]  No [ ]

   F. If your answer is YES,
      1. What steps did you take? _____
      _____
      _____
      _____

2

2. What was the result? _____

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff  MR. GREG KEHL
   Address  MPCF, ~~#~~ 1200 E. Washington St.
B. ~~Additional plaintiffs~~  Mount Pleasant, Iowa 52641.

            NONE

(In item C below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant  MR. Joel Clover  is employed as  Shift Captain - 2nd, Shift  at  MPCF, Mount Pleasant, Iowa.

D. Additional defendants  C.O. MR. Bayquon Macdonld; MR. Ryan Buffington; Reviewer; MR. Rick Jeffery, Senior Cor. Officer; Warden - MR. Jay Nelson; Deputy - Warden; CO Wick; Counselor - Allison;

3

Jurisdiction is Southern District of Iowa.
(P.4)

CON'T TO NEXT PAGE -

V. STATEMENT OF CLAIM; BY PlainTiff.

The Plaintiff would like to show the court that when C.O. Macdonld was order by Capt Clover to do a room search of 1-B-156, refering to my legal Folders and the fact that this officer did not Follow Policy and Procedure according to the Iowa Dept of Corrections rules that Govern every employee to Follow. In this particular case and incident; CO Macdonld would not allow the plaintiff to be present in the room at all while he conducted this search. I did request to be present when my Legal Papers and Legal Files and Folders were search. The Plaintiff has now enclosed several Grievances/complaints to show how my Administrative rights were violated and ignored by CO Macdonld. This whole search in Plaintiffs viewpoint stems on one valid Point, and that is under Legal documents and or Papers. States clearly "Legal Papers may be searched only when the offender is present. I was "Denied Access after I inform officers that I had Legal Files and matterials setting in Plainview on my night stand stateing in large Print "LEGAL Files.

(P. 4)

PART-5 CON'T).

V - STATEMENT OF CLAIM by Plaintiff.

(1) The Plaintiff states now that if this officer was following DOC Policy as shown clearly in the Administrative Guild by the facility for everyone to follow. In this case, he did not and should BE repremanded and or punish for his misconduct on Dec/30th/2016. The Plaintiff also shows this court regarding Rights to Notices to be informe was neglected by CO Macdonld and Captain Clover who works the second shift at this facility.

(2) I also want to add to this Action that when you start reviewing the enclosed Grievances, There's a clear pattern before I was punish showing harassment and or Threats by the 2nd shift capT Clover on or about the 29th of Dec/2016; See Grievance No# 31572; that I filed on this incident before I was lock up by capT Clover.

RE: COUNSELOR-ALLISON-1-B-UNITS.
(3) I also want to add to this Action that before this incident ever occured here, I did request Perimission to help offenders with there Legal work and all she said to me, was not to Post any paper stating this by me; To which I agree to Then.
(NEXT PAGE)→

(Add To 5)
Relief

VI. Relief).

Your Honor, also I do feel since my lawful rights here were violated by DOC, not including my constitutional rights being violated and I was placed in Ad-segregation and treated and did not deserve this punishment then; I suffered emotionally, being isolated. I suffered mentally due to already being treated for years for depression, Anxiety disorders and more for several yrs and DOC had my medical records knowing this upon placing me in segregation; I take medication for me and for this. I'm asking for the time I spent in preparing this entire action now under the civil rights Act, 42 U.S.C. § 1983. I'm asking for $5000, dollars to cover everything I went through regarding this ordeal and money that it cost in preparing this entire case now.

Respectfully
Submitted

signed [signature]

Southern District of Iowa.

IV. Jurisdiction

This complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on 28 U.S.C. § 1343(c). Plaintiff(s) allege(s) that the defendant(s) acted under color of state law with regard to the facts stated in part V of this complaint.

V. Statement of Claim
(State here as briefly as possible the FACTS of your case. You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events. Attach an extra sheet if necessary, and write the heading PART V CONTINUED at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any cases.)

The Plaintiff's case herein is about aiding others and helping to answser legal questions. I'm 61 yrs, old and I'm Knowledgeable in Civil/criminal Law, I've studie this over 20 yrs now, Accordingly under Iowa statues, a inmate can Aid another in there "Legal work". This case before you now is about a shakedown of my room. I had Legal Files clearly mark on the Front of these Files/Folders that were on my night stand - stated in Big bold Print, "Legal Files", with my name and number on the Front; I was denied Access to be Present doing this room search at that time. Policy states under Administrative law, that a offender must be present when Legal Papers are Search, Institutional Policy-Procedures - IO-RD-03-, Rule 16#; See Enclose responce From Dept of Corrections.

Additional sheet attached.

Attached sheet
VI. Relief

VI. Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

Your Honor, I was punish severly for just educating others about the law in general. I did nothing wrong by that. However in this case Sir, these officials and or official, violated there own Policy regarding - Policy-rule-16th concerning - No #2 - By denieing me to be present when they search my Legal Files and Materials - Please review,

VII. Statement Regarding Assistance in Preparing This Complaint

A. Did any person other than a named plaintiff in this action assist you in preparing this complaint?
Yes [   ]   No [X]

B. If your answer is YES, name the person who assisted you.

_____

c. Signature of person who helped prepare complaint.

_____
          (Signature)                                    (Date)

VIII. Signature(s) of Plaintiff(s)

Signed this 28th day of January, 20 17.

_____
   (Signature)

5

NONE

Signatures of additional plaintiffs, if any:

_____          _____
(Signature)          (Date)

_____          _____
(Signature)          (Date)

_____          _____
(Signature)          (Date)

_____          _____
(Signature)          (Date)

_____          _____
(Signature)          (Date)

_____          _____
(Signature)          (Date)

FR: MR. GREGORY KEHL.
MPCF #0601390:
1200 E. WASHINGTON ST
MT. PLEASANT, IOWA
52641:

RE: REQUESTING US DISTRICT
COURT PROTECTION AGAINST
ENCLOSED DEFENDANTS IN
CONJUNCTION WITH THE
FILING OF THIS ACTION
NOW.

TO: THE U.S. DISTRICT
COURT FOR THE SOUTH-
ERN DISTRICT OF IOWA:

YOUR HONOR;
    The Plaintiff is requesting Protection against the enclosed defendants due to the fact this entire action and case now is directly and or indirectly is against DOC. Officials. A restraining order is requested by the Plaintiff at this time. I did write a letter to the DIR; OF DEPT OF CORRECTIONS and did make him aware of this entire incident. His Address is Capitol Annex, 523 East 12th ST, Des-Moines, Ia 50319.

COPIES TOO!
CLERK OF COURT:
Judge:
COUNTY ATTY?
PLAINTIFF-PRO-SE!

RESPECTFULLY
SUBMITTED

Signed MR. Gregory Kehl
Plaintiff-PRO-SE!